**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01631-LTB

JOHN HENRY JAMES,

    Plaintiff,

v.

ELEVENTH JUDICIAL DISTRICT ATTORNEY'S OFFICE, Fremont County, Colorado,
STATE DISTRICT COURT JUDGE JULIE G. MARSHALL,
EDNA M. CHESS, Judicial Assistant, Dist. Ct. Div. 2,
DEBORAH SATHER-STRINGARI, Clerk, Dist. Ct. Div. 2,
HELENE ENGLES, Clerk District Court Div. 2, (Sitting by Assignment), Fremont County 11th Jud. Dist. [sic], and
SENIOR DISTRICT COURT JUDGE DAVID R. LASS,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on Plaintiff's Letter (Doc. No. 15), filed on August 30, 2011, in which he requests the Court to order the Colorado Department of Corrections (DOC) to forward the monthly payment to be applied to the filing fee. The request is DENIED.

    In the June 28, 2011 Order (Doc. No. 5), which granted Plaintiff leave to proceed in forma pauperis, the Court did not order the DOC to release money from Plaintiff's account. The Court ordered Plaintiff to take the appropriate arrangements for the filing fee to be sent to the Court, or show cause why he cannot pay the fee by submitting a current certified copy of his inmate account statement.

Dated:  September 2, 2011